IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 JUL 18 PM 3:25

CLERK-LAS CRUCES

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  |
| Plaintiff, | ) CRIMINAL NO. 18CR2321 KG |
| vs. | ) 18 U.S.C. § 922(g)(1): Felon in Possession |
|  | ) of a Firearm and Ammunition. |
| MAX LAURENCE PERU, | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

On or about January 26, 2018, in Grant County, in the District of New Mexico, the defendant, **MAX LAURENCE PERU**, having been convicted of at least one of the following felony crimes punishable by imprisonment for a term exceeding one year:

(1) aggravated assault (deadly weapon),

(2) abuse of a child (does not result in death or great bodily harm),

(3) aggravated assault (deadly weapon) (household member),

(4) accessory to larceny ($500-$2500),

(5) accessory to burglary, and

(6) conspiracy to commit a crime (2 counts),

knowingly possessed, in and affecting commerce, a firearm and ammunition.

In violation of 18 U.S.C. § 922(g)(1).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
7/10/18 9:58 AM